UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNLEED DHAR,<br><br>              Plaintiff,<br>  vs.<br>HP SEARS,<br><br>              Defendant.<br>_____ / | CASE NO. CV F 11-2094 LJO JLT<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 6.) |

    Plaintiff's counsel filed papers to indicate this action has settled and to request up to 60 days to file papers to dismiss this action. Plaintiff fails to explain the need for such a lengthy time to complete settlement and to file papers to dismiss this action. As such, this Court ORDERS plaintiff, **no later than February 23, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to outline the status of settlement completion.

    This Court VACATES all pending dates and matters, including the April 4, 2012 scheduling conference.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   January 10, 2012**              /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE