IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDLEEB DHAR,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HP SEARS,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-2094 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 8.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:**   February 10, 2012              /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1