IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDLEEB DHAR,<br><br>          Plaintiff,<br><br>   vs.<br><br>HP SEARS,<br><br>          Defendant.<br>_____ / | CASE NO. CV F 11-2094 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 8.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   February 10, 2012**            /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE